**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-6076**

―――――――――

BERNARD RAY RICHARDSON,

Plaintiff - Appellant,

versus

LARRY W. HUFFMAN, Director,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-97-747-R)

―――――――――

Submitted:  June 16, 1998              Decided:  June 30, 1998

―――――――――

Before HAMILTON, WILLIAMS, and MOTZ, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Bernard Ray Richardson, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Richardson v. Huffman, No. CA-97-747-R (W.D. Va. Dec. 9 and Dec. 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED